# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-1830

Alvin Bernal Jackson

Appellee

v.

Dexter Payne, Director, Department of Correction

Appellant

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Pine Bluff
(5:03-cv-00405-SWW)

---

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

October 20, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans